CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

Robert Presley    42984-424
**Full Name of Plaintiff**        **Inmate Number**

v.

Nurse free  —  Party
**Name of Defendant 1**

H. Admin. Ms. Jones - Party
**Name of Defendant 2**

_____
**Name of Defendant 3**

_____
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

**Civil No.** _____
(to be filled in by the Clerk's Office)

[ ] Demand for Jury Trial
[X] No Jury Trial Demand

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

[ ]    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

[X]    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
(1971) (federal defendants)

[ ]    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

**II.    ADDRESSES AND INFORMATION**

### A.    PLAINTIFF

Presley Robert Shawn

Name (Last, First, MI)

42984-424

Inmate Number

Springfield Medical Center for Prisoners

Place of Confinement

P.O. Box 4000

Address

Springfield MO 65801

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

| | |
|---|---|
| ☐ | Pretrial detainee |
| ☐ | Civilly committed detainee |
| ☐ | Immigration detainee |
| ☐ | Convicted and sentenced state prisoner |
| ☒ | Convicted and sentenced federal prisoner |

### B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Nurse Free - Party

Name (Last, First)

Nurse

Current Job Title

M^cCreary United States Penitentiary

Current Work Address

~~Mccreary Kentucky~~ Pine Knot Kentucky

City, County, State, Zip Code

Defendant 2:

_MS. JONES - PARTY_

Name (Last, First)

_Health Admin._

Current Job Title

_McCreary United States Penitentiary_

Current Work Address

~~McCreary Kentucky~~ Pine Knot Kentucky

City, County, State, Zip Code

Defendant 3:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

Defendant 4:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

Defendant 5:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

## III.    STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

My started At McCreary U.S.P

B.    On what date did the events giving rise to your claim(s) occur?

September 4, 2020

C.    What are the facts underlying your claim(s)? (For example:  What happened to you?  Who did what?)

ON SepT. 3, 2020 My leg wAS hurTing And My NOSe wAS running SO ON SepT. 4, 202 I RepoFT This To My uNit officer who Then SenT Me To MedicAl, which I explAIN To The Nurse My issue's with My leg And Showed her The discoloraTioN IN My leg, Then Nurse free lefT ouT The room And CAMe bAck with A SMAll PAckeT of IBuProfiN 800mg And SeNt Me BAck To My uNit And By SundAq SepT. 6, 2020 My leg hAd goTTeN worser And My Body wAS shuTTing dowN so I flAg dowN Nurse MirAcle And explAINed, And showed her My leg, She New SomeThing wAS wrong And I Told her I RepoTTed This fridAy SepT. 4, 2020 And Nurse MirAcle SAid why did you Tell Nurse free you were hAving chesT PAINs And I SAid I Never Told her ThAT, I showed Nurse free My leg, Nurse MirAcle SAid well she documenTed you AS hAving chesT PAINs, Then she Told Me she would Be BAck She wAS going To conTAcT My Provider And sae if she could give Me AntibioTics which she cAMe BAck with A PAckeT of 8 AntibioTic Pills And Told Me To TAke Two A dAy Till wed. And The DocTor would see Me Then BuT My HeAlth kepT declining And I didNT MAke it To wed. I hAd goT so sick ThAT oN SepT. 8, 2020 Tues. I hAd To Be Rush To The HospiTAl cAuse The infecTioN wAS eATing Through My Body so I hAd To hAve emergency surgery To geT As Much of The infecTio ouT My Body As PossiblE And when I woke uP 5 hoors LATer All The surgeons were There SAying I AlMosT died And ThAT They were keeping Me so I sTAyed AT The UNiversity of KenTucky for week BuT The infecTioN didNb LeAve so They Moved Me uP The streeb To Good SAMArATine HospiTAl Td sTArT A PiccliNE I.V. which RAN from My Arm To My HeArT with AnTibioTics To sTop The infecTioN from TrAveIing And geTTing worser And ThAT wAS kepT iN Me for Two weeks And everydAy The infecTioN diseAse docTor would Tell Me How lucky I wAS cAuse I AlMosT died And even AfTer I lefT The hospiTAl I sTill hAd To TAke AntibioTics And My wound didNt close for A whole NoTher yeAr

Page **4** of **6**

Now IM Being TreaTed for lymphidermia which doesn't go Away So BAsicAlly Mey leg will Be Swollen for The resT o7 My life And Since This injury I've Been Stress cAuse I CANT stAnd on My leg for no longer ThAn A few Minutes, I TAke PAin Meds 4 Times A dAy which I wAs TAking oxycodin BuT ThaT's A drug So I stopped Now IM TAking NAProxin for PAin And fluid Pills, IM Also conFined To A wheelchAir which hAs CAuse Me To gAin 100 Pounds Since SepT, 2020 Till currenT And I STill hAve ~~Also~~ A life To Live !

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed. IT is A Deliberate INdiffeRence whaT Nurse free Did To Me, I rePorTed My iNJury, Told her how I WAS feeling, ANd showed her My leg where it WAS swelling ANd chANging color's, Ive had surgery, Im still iN coNsfANt PAiN ANd I will Never recover from This iNJury ANd I will hAve To where compressioN wrAPs for The resT of My Life To Try To MAiNTAiN The swelliNg

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above. I hAve lymphidermiN which cAuses swelliNg for The resT of My Life ANd I CANT stANd No loNger ThAN a few MiNutes ANd Im coNfiNed To A wheelChair AT A Medical fACility PeNdiNg ANother PoteNtiAl Surgery

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money. IM SeekiNg MoNey dAMAges ANd ThaT Nurse free To Never work iN ANy Medical field AS well AS Health AdmiNsfRAtor MS, JoNes NoT Allowed To work iN ANy medical field

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_Robert Presley_
Signature of Plaintiff

_5-1-22_
Date

RoBerT Presley-42984-424
Medical Center for Prisoners
P.O. Box 4000
Spring Field, MO 65801

RECEIVED

2022 MAY -4 AM 11:51

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT
KANSAS CITY

Clerk of Court
Western District CourtHouse
400 East 9th Street
Kansas City, MO 64106

